_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

AUG - 1 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**HOWARD**                    *

    **Plaintiffs**          *

v.                             * Case No: Case No: JFM-00-CV-2151

**FIRST VALUE HOMES, ET AL**

    **Defendants**          *

### STIPULATION

The undersigned parties stipulate to an extension of time within which the Plaintiff will have to file a responsive pleading to the Defendants' Motion to Dismiss, or in the Alternative to Remove to on or before Friday, August 11, 2000.

Date: 7-26-00

    _____
    Stacy Leigh Allen
    1513 Norman Avenue
    Lutherville, Maryland 21093'
    410 561-7333
    Federal Bar No:09895
    **Attorney For Plaintiff**

Date:

    _____
    Charles J. Kresslein, Esquire
    **Piper, Marbury, Rudnick & Wolfe**
    6225 Smith Avenue
    Baltimore, MD 21209
    Federal Bar No: 22967
    **Attorney For Defendants**