UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED _____ ENTERED

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

AUG 4 2000

DISTRICT OF MARYLAND
BY _____ DEPUTY

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

August 4, 2000

Memo to Counsel Re: Howard v. First Value Homes, Inc., et al.
Civil No. JFM-00-2151

Dear Counsel:

I am in receipt of Mr. Allen's letter of July 31, 2000.

I entered the scheduling order not realizing that defendants had filed a motion to dismiss or to transfer. The scheduling order is hereby suspended.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File

