IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THOMAS A. HOWARD                    *
                                    *
        v.                          *    Civil No. JFM-00-2151
                                    *
FIRST VALUE HOMES, INC.             *
                                 *****

ORDER

As stated in the memorandum to counsel being entered herewith, it is, this 4th day of

August 2000

ORDERED that the scheduling order entered herein on July 26, 2000 is suspended.

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

AUG 4  2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                        DEPUTY

_____
J. Frederick Motz
United States District Judge

