IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THOMAS A. HOWARD           *
                           *
     v.                    *    Civil No. JFM-00-2154
                           *
FIRST VALUE HOMES, ET AL.  *
                       *****



## ORDER

For the reasons stated in the accompanying memorandum, it is, this 17th day of August 2000

ORDERED

1. Defendants' motion to dismiss or in the alternative to transfer is treated as a motion to transfer and, as such, is granted; and

2. This action is transferred to the Western District of North Carolina.

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge

